WILLIAM R. TAMAYO, Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260
TEL: (415) 625-5645
William.tamayo@eeoc.gov

JOHN STANLEY, Supervisory Trial Attorney
TERI HEALY, Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
TEL: (206) 220-6916
Teri.healy@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | CIVIL ACTION NO. <br><br> COMPLAINT <br> JURY TRIAL DEMAND |

COMPLAINT- Page 1 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of religion and to provide appropriate relief to Richard Nichols.  The Equal Employment Opportunity Commission ("Commission") alleges that Defendant Wal-Mart Stores, Inc. ("Wal-Mart") failed to accommodate Mr. Nichols' religious needs on the basis of his religion.  Plaintiff seeks injunctive and monetary relief, including pecuniary and nonpecuniary compensatory and punitive damages, on behalf of Mr. Nichols.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Washington.

COMPLAINT- Page 2 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, Wal-Mart has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

5. At all relevant times, Defendant Wal-Mart has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Mr. Nichols filed a charge with the Commission alleging violations of Title VII by Wal-Mart. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. In and around August 2009, defendant engaged in unlawful employment practices at its Colville, Washington store in violation of Civil Rights Act of 1964, §§ 703(a)(1), 42 U.S.C. , 2000e-2(a)(1). Mr. Nichols is a devout

COMPLAINT- Page 3 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Mormon. He observes Sabbath on Sunday and is unable to work on that day. In August 2009, after a new scheduling system was implemented by Wal-Mart, Mr. Nichols requested a religious accommodation asking not to be scheduled to work on his Sabbath. Wal-Mart refused Mr. Nichols' accommodation request. By failing to accommodate his religious needs Wal-Mart affected the terms and conditions of Mr. Nichols employment.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Mr. Nichols of equal employment opportunities and otherwise adversely affect his status as an employee.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Mr. Nichols.

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any retaliatory employment practices.

COMPLAINT- Page 4 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

B.  Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order defendant to make whole Mr. Nichols by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

D.  Order defendant to make whole Mr. Nichols by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

E.  Order defendant to make whole Mr. Nichols by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

F.  Order defendant to pay Mr. Nichols punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 30th day of September, 2010.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | P. DAVID LOPEZ<br>General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| TERI HEALY<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |

BY:  \_\_\_\_/s/  William R. Tamayo_____
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| San Francisco District Office | Office of the General Counsel |
| 350 The Embarcadero, Ste. 500 | 131 M Street, NE |
| San Francisco, California 94105-1260 | Washington, D.C. 20507 |
| Telephone (415) 625-5645 | |
| Facsimile (415) 625-5657 | |

Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104
TEL: (206) 220-6916
FAX: (206) 220-6911
teri.healy@eeoc.gov

Attorneys for Plaintiff

COMPLAINT- Page 6 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882