UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>              Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC.,<br><br>              Defendant. | NO: CV-10-338-RMP<br><br>ORDER REGARDING SCOPE OF DISCOVERY |

Before the Court was the parties' dispute regarding the appropriate scope of discovery for nonrelated requests by management level employees for accommodation of their schedules under the new store management structure. After reviewing the parties' letters and hearing oral argument, the Court finds that the parties agree to the same scope of inquiry, as reflected in the following edited Interrogatory No. 11 and Request for Production No. 20:

> Interrogatory No. 11: Describe all instances when any management employee of Wal-Mart made a request for and/or was given any ongoing (i.e., more than one time for the same reason), accommodation or exception for any reason under the new store management structure scheduling system (i.e., three days on, three

ORDER REGARDING SCOPE OF DISCOVERY ~ 1

days off). You may limit your answer to those accommodations requested or given or exceptions made to the scheduling system in Region 60 (covering the geographical region of Washington and Oregon). Your identification should include the date of the request, whether there was a complaint filed either internally or externally, and the basis for request.

Request for Production No. 20: Produce all documentation that relates to any responses to, requests for and/or any ongoing (i.e., more than one time for the same reason) accommodations, or exceptions made to the new store management structure scheduling system (i.e., three days on, three days off) in Region 60. See Interrogatory No. 11.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this 24th of January 2012.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge
